The Honorable Ricardo S. Martinez
Note for Motion: August 22, 2006

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR06-0227 RSM |
| Plaintiff, ) | ORDER CONTINUING TRIAL DATE |
| v. ) | AND EXTENDING PRE-TRIAL |
| ) | MOTIONS DEADLINE |
| JULIAN LANDGRAF, ) | |
| Defendant. ) | |

THIS MATTER having come before this Court upon an agreed motion by both the defendant, Julian Landgraf, by and through his counsel, Russell M. Aoki of Aoki Sakamoto Grant LLP, and the United States, by and through its counsel, Assistant United States Attorney Vincent Lombardi to continue the trial date from September 5, 2006 to November 6, 2006 or November 13, 2006, and to extend the motions deadline to October 5, 2006 or October 12, 2006, and this Court having reviewed the court file and pleadings contained therein, hereby finds the granting of a continuance would outweigh the best interests of the public and the defendant in a speedy trial.  This Court also finds the need to grant both the defendant and the Government reasonable time for effective preparation, taking into account the

ORDER CONTINUING TRIAL DATE AND EXTENDING
PRE-TRIAL MOTIONS DEADLINE - 1

AOKI l SAKAMOTO l GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA  98101-3933
(206) 624-1900

exercise of due diligence by both parties not only in the preparation for trial but also in their attempts to resolve this matter by way of negotiations.  IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the trial is continued to November _6__, 2006 .  The pretrial motions deadline is now rescheduled to October _5__, 2006.

IT IS FURTHER ORDERED THAT the time period between September 5, 2006 and November _6__, 2006, is excludable time pursuant to 18 U.S.C. §§ 3161(h), for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this _28_ day of August, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

AOKI SAKAMOTO GRANT LLP

_____
Russell M. Aoki,
Attorney for Defendant Landgraf

UNITED STATES ATTORNEY'S OFFICE

_____
Vincent Lombardi,
Assistant United States Attorney

ORDER CONTINUING TRIAL DATE AND EXTENDING
PRE-TRIAL MOTIONS DEADLINE -  2

AOKI ⏐ SAKAMOTO ⏐ GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA  98101-3933
(206) 624-1900