The Honorable Ricardo S. Martinez

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-0227 RSM |
| Plaintiff, | ) ) | ORDER CONTINUING TRIAL DATE AND EXTENDING PRE-TRIAL MOTIONS DEADLINE |
| v. | ) ) | |
| JULIAN LANDGRAF, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before this Court upon an agreed motion by both the defendant, Julian Landgraf, by and through his counsel, Russell M. Aoki of Aoki Sakamoto Grant LLP, and the United States, by and through its counsel, Assistant United States Attorney Vincent Lombardi, to continue the trial date from November 6, 2006 to March 19, 2007, and to extend the motions deadline to February 15, 2007, and this Court having reviewed the court file and pleadings contained therein, hereby finds that the granting of a continuance would outweigh the best interests of the public and the defendant in a speedy trial. This Court also finds the need to grant both the defendant and the Government reasonable time for effective preparation, taking into account the exercise of due diligence by both

ORDER CONTINUING TRIAL DATE AND EXTENDING
PRE-TRIAL MOTIONS DEADLINE - 1

AOKI I SAKAMOTO I GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA 98101-3933
(206) 624-1900

parties not only in the preparation for trial but also in their attempts to resolve this matter by way of negotiations.  IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that the trial is continued to March 19, 2007, to begin at 9:00 a.m.  Pretrial motions deadline is rescheduled to February 15, 2007.

IT IS FURTHER ORDERED THAT the time period between November 6, 2006 and March 19, 2007, is excludable time pursuant to 18 U.S.C. §§ 3161(h), for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 27th day of October, 2006.

```
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
```

Presented by:

AOKI SAKAMOTO GRANT LLP

_____
Russell M. Aoki,
Attorney for Defendant Landgraf

UNITED STATES ATTORNEY'S OFFICE

_____
Vincent Lombardi,
Assistant United States Attorney

ORDER CONTINUING TRIAL DATE AND EXTENDING
PRE-TRIAL MOTIONS DEADLINE - 2

AOKI | SAKAMOTO | GRANT LLP
ONE CONVENTION PLACE, SUITE 1525
701 PIKE STREET
SEATTLE, WA  98101-3933
(206) 624-1900